UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                             Case No. 3:20-cr-25

vs.

CHRISTOPHER ROBERT JONES,         District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) SETTING THIS CASE FOR A TRIAL ON NOVEMBER 8, 2021;
(2) SETTING A STATUS CONFERENCE FOR OCTOBER 6, 2021; AND (3) MAKING
AN ENDS OF JUSTICE FINDING**

---

        This criminal case came before the Court for a status conference on June 9, 2021. AUSA Christina Mahy appeared for the government. Cheryll Bennett appeared on behalf of Defendant. Defense counsel asked the Court, in light of the extensive discovery needed to be reviewed to prepare for trial, that trial be continued for 90 days. Accordingly, this case is now set for trial on **November 8, 2021 at 9:00 a.m** and set for a status conference on **October 6, 2021 at 2:00 p.m.**

        The Court finds -- after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), and with the agreement of (and at the request of) defense counsel -- that the ends of justice are served by continuing this matter until the trial on November 8, 2021. Failure to grant such a continuance would deny counsel for the parties the reasonable time necessary for effective trial preparation, deprive Defendant of the opportunity to fully address his concerns with his attorney, and may ultimately lead to a miscarriage of justice. Accordingly, without objection by the parties, the time from June 9, 2021 until the November 8, 2021 trial is excluded in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

        **IT IS SO ORDERED.**

Date:  June 10, 2021                                      s/ Michael J. Newman                
                                                                                       Hon. Michael J. Newman
                                                                                       United States District Judge